# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Bowman, II,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DWW AZ Incorporated,<br><br>　　　　　Defendant. | No. CV-18-04143-PHX-SRB<br><br>**ORDER** |

On January 2, 2019 Defendant filed Motion to Dismiss and Compel Arbitration. As of this date, no responsive memorandum has been filed. Local Rule of Civil Procedure 7.2(i) provides in part "if the unrepresented party or counsel does not serve and file the required answering memorandum, . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." Pursuant to this rule, the Court deems Plaintiff's failure to serve and file the required answering memorandum a consent to the granting of the Defendant's Motion to Dismiss and Compel Arbitration.

IT IS ORDERED granting Defendant's Motion to Dismiss and Compel Arbitration. (Doc. 8)

IT IS FURTHER ORDERED that Plaintiff shall submit his claims to arbitration.

. . .

. . .

. . .

1  IT IS FURTHER ORDERED dismissing this case without prejudice.

3  Dated this 23rd day of January, 2019.

*[Signature]*
Susan R. Bolton
United States District Judge